# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STEVEN HAROLD JACKSON　　　　　　　　　　　　　　　　PLAINTIFF
ADC #116602

v.　　　　　　　　　No: 3:19-cv-00324 KGB-PSH

TERRY MILLER, *et al.*　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Plaintiff Steven Harold Jackson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 14, 2019, while incarcerated at the Greene County Detention Center (Doc. No. 2). Jackson was subsequently moved to the Arkansas Department of Correction's Barbara Ester Unit. *See* Doc. No. 8. Jackson's application to proceed *in forma pauperis* was granted, and he was ordered to file an amended complaint. Doc. No. 12. Jackson originally named two defendants: the Clay County Detention Center and Clay County Sheriff Terry Miller. Doc. No. 2. In its Order directing Jackson to file an amended complaint, the Court explained that a detention center is not a suable entity, and instructed Jackson to describe how Sheriff Miller was personally involved in the violation of his rights. Doc. No. 12.

Jackson has filed an amended complaint which names Sheriff Miller and two jailors as defendants. While he describes some actions of the two jailors, Mike and Jarred, he does not adequately explain how they violated his rights. Doc. No. 13.

Jackson says that he became sick due to sewage in his cell and that he asked the jailers to go to the doctor. He then says he went to the hospital, but it is not clear what he alleges happened there or afterwards. It is not clear whether he received medical treatment or not, or how the jailers or Sheriff Miller were personally involved in what happened to him.

Jackson will be allowed another opportunity to amend his complaint to fully describe his claims. Jackson is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Jackson fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Jackson a blank § 1983 form.

IT IS SO ORDERED this 14th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE