IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN HAROLD JACKSON**                                                                                    **PLAINTIFF**
**ADC #116602**

v.                                            Case No. 3:19-cv-00324-KGB

**TERRY MILLER**                                                                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 49). Plaintiff Steven Harold Jackson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendant Terry Miller's motion for summary judgment (Dkt. No. 43). Mr. Jackson's claims are dismissed with prejudice (Dkt. Nos. 2; 13; 17).

It is so ordered this the 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge