IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN HAROLD JACKSON**                                                                                    **PLAINTIFF**
**ADC #116602**

v.                                    Case No. 3:19-cv-00324-KGB

**TERRY MILLER**                                                                                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Steven Harold Jackson's claims are dismissed with prejudice (Dkt. Nos. 2; 13; 17). The Court denies the requested relief.

So adjudged this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge